**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000704
02-DEC-2020
07:54 AM
Dkt. 508 ODMR**

NO. CAAP-19-0000704

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Matter of the Application of PIONEER MILL
COMPANY, LIMITED, to register title and confirm its title
to land situate at Lāhainā, Island and County of Maui,
State of Hawai'i, and KAHOMA LAND LLC,
Substituted Applicant as to Lots 1, 2 and 3A.

APPEAL FROM THE LAND COURT
(Ld. Ct. App. No. 439(amended), Ld. Ct. Case No. 09-0300)

ORDER
(By: Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Upon review of the document titled "To Reconsider its Order" filed by self-represented non-party Joseph Kanaina Kini (**Kini**) on November 27, 2020, which we construe as a motion for reconsideration of our Order entered on October 19, 2020, and the record on appeal, it appears that Kini's motion is untimely because it was not filed within 10 days after the filing of the Order as required under Rule 40 of the Hawai'i Rules of Appellate Procedure.

**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Therefore, IT IS HEREBY ORDERED that Kini's motion "To Reconsider its Order" is denied.

DATED: Honolulu, Hawaiʻi, December 2, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge